IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCUAL GOSSELIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>J. TILTON, et al.,<br><br>    Defendants.<br>_____/ | 1:10-cv-01974-MJS (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE BY NOVEMBER 20, 2010 |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

No later than November 20, 2010, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

/////

/////

/////

1 **Failure to comply with this order will result in dismissal of this action.**

3  IT IS SO ORDERED.

4  Dated:    October 22, 2010            /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE