UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCUAL GOSSELIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>J TILTON, et al.,<br><br>        Defendants. | 1:10-cv-01974-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Doc. 35.) |

      Pascual Gosselin ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 12, 2010, at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1.) On October 21, 2013, the case was transferred to the Fresno Division. (Doc. 3.) This case now proceeds on the First Amended Complaint filed by Plaintiff on October 29, 2012, against defendants Adams, Hubach, Taber, and Latraille ("Defendants"). (Docs. 11, 12.)

      This case is currently in the discovery phase, pursuant to the court's scheduling order issued on February 25, 2014. (Doc. 32.) On July 1, 2014, Defendants filed a request for leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4). (Doc. 35.)

      Good cause having been shown, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

    Dated:   **July 3, 2014**           **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE