UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASQUAL GOSSELIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. TILTON, et al.,<br><br>        Defendants. | 1:10-cv-01974-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE (Doc. 48.) |

### I.    BACKGROUND

Pascual Gosselin ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 12, 2010. (Doc. 1.) This case now proceeds on the First Amended Complaint filed by Plaintiff on October 29, 2012, against defendants Adams, Hubach, Taber, and Latraille ("Defendants"). (Docs. 11, 12.) Defendants' motion for summary judgment, filed on February 17, 2015, is pending. (Doc. 43.)

On April 6, 2015, Plaintiff filed a request for judicial notice. (Doc. 48.)

### II.    REQUEST FOR JUDICIAL NOTICE

"A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be

questioned." Fed. R. Evid. 201(b). "A court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). The court may take judicial notice of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.l (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981). "Judicial notice is an adjudicative device that alleviates the parties' evidentiary duties at trial, serving as a substitute for the conventional method of taking evidence to establish facts." York v. American Tel. & Tel. Co., 95 F.3d 948, 958 (10th Cir. 1996)(internal quotations omitted); see General Elec. Capital Corp. v. Lease Resolution Corp., 128 F.3d 1074, 1081 (7th Cir. 1997).

Plaintiff requests the court to take judicial notice, "in opposition to motion for summary judgment," of five documents filed in case number 10-cv-01790-BAM-PC, Rangel v. Tilton: (1) Motion for Summary Judgment, Docket #56, (2) Opposition to Motion for Summary Judgment, Docket #64, (3) Opposition to Motion for Summary Judgment, Docket #76, (4) Findings and Recommendations re MSJ, Docket #87, and (5) Order Adopting Findings and Recommendations re MSJ, Docket #90.

Plaintiff has not shown good cause for the court to take judicial notice of these documents. At this stage of the proceedings, these documents are not at issue. Any evidence Plaintiff seeks to use in support of his opposition to Defendants' pending motion for summary judgment should be submitted with Plaintiff's opposition. Accordingly, Plaintiff's request for judicial notice shall be denied.

### III.  CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for judicial notice, filed on April 6, 2015, is DENIED.

IT IS SO ORDERED.

   Dated:   **April 8, 2015**                **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE